104 So.2d 482

## J. P. ROGERS
v.
## STATE.
### 8 Div. 949.

Supreme Court of Alabama.

July 24, 1958.

Noble J. Russell and Robt. Straub, Decatur, for petitioner.

John Patterson, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of J. P. Rogers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Rogers v. State, 104 So.2d 481.

Writ denied.

LIVINGSTON, C. J., and LAWSON, SIMPSON, GOODWYN and COLEMAN, JJ., concur.

103 So.2d 831

## Tommy J. ROLEY
v.
## STATE.
### 2 Div. 391.

Supreme Court of Alabama.

June 5, 1958.

J. R. Tucker, Atmore, for petitioner.

John Patterson, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Tommy J. Roley, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Roley v. State, 103 So.2d 829.

Writ denied.

LIVINGSTON, C. J., and LAWSON and SIMPSON, JJ., concur.

104 So.2d 686

## James Paul STEWART
v.
## STATE.
### 6 Div. 287.

Supreme Court of Alabama.

May 29, 1958.

Rehearing Denied Aug. 28, 1958.

Ben F. Ray, Birmingham, for petitioner.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of James Paul Stewart for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Stewart v. State, 104 So.2d 684.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.